IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00219-BNB

ROBERT WAYNE ROBINSON,

Applicant,

v.

MICHEAL ARELLANO, and
ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR - 2 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant, Robert Wayne Robinson, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Arkansas Valley Correctional Facility in Crowley, Colorado. Mr. Robinson filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (2006). He paid the $5.00 filing fee.

On February 21, 2008, Magistrate Judge Boyd N. Boland ordered Mr. Robinson to file within thirty days an amended application that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. The February 21 order warned Mr. Robinson that if he failed to file an amended application as directed within the time allowed, the application would be denied and the action dismissed without further notice.

Mr. Robinson has failed within the time allowed to comply with the February 21, 2008, order for an amended application that complies with Fed. R. Civ. P. 8 or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the application is denied and the action dismissed without prejudice for failure to file an amended application as directed within the time allowed and for failure to prosecute.

DATED at Denver, Colorado, this 2 day of April, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00219-BNB

Robert Wayne Robinson
Prisoner No. 49082
Arkansas Valley Correctional Facility
PO Box 1000
Crowley, CO 81034

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 4/2/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk